IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOHNNY LEE SANDERS, JR.                                                                 PLAINTIFF

V.                                    NO: 2:05CV00155 JLH/HDY

DANNY BURNETT, *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Complaint (docket entry #1) is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies that, pursuant to 28 U.S.C. § 1915(g), any appeal from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of November, 2005.

/s/ J. Leon Holmes
UNITED STATES DISTRICT JUDGE